### 10744. CLAYTON *v.* THE STATE.

BROYLES, C. J.   1. There is no material error in either of the excerpts from the charge complained of, when considered in the light of the facts of the case.

2. The evidence amply authorized the verdict, and the court did not err in refusing to grant a new trial.

> *Judgment affirmed. Luke and Bloodworth, JJ., concur.*
> DECIDED NOVEMBER 4, 1919.

Indictment for burglary; from Bibb superior court—Judge Mathews. July 2, 1919.

*Hubert F. Rawls,* for plaintiff in error.

*John P. Ross, solicitor-general,* contra.